UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EDDIE MORGAN,<br><br>               Petitioner,<br>    v.<br><br>CLARK COUNTY,<br><br>               Respondent. | Case No. C10-5318 RBL/JRC<br><br>ORDER GRANTING<br>APPLICATION TO PROCEED<br>IN FORMA PAUPERIS |

      The petitioner in this action is seeking a habeas corpus relief from a state sentence. He is entitled to *in forma pauperis* status. This case has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b) (1) (A) and 636 (b) (1) (B) and Local Magistrate Judge's Rules MJR 3 and MJR 4.

      Petitioner's application for leave to proceed *in forma pauperis* (Dkt. # 1and 3) is **GRANTED**. Petitioner does not appear to have access to funds to afford the $5.00 filing fee.

      The Clerk is directed to mail a copy of this Order to petitioner.

      Dated this 23rd day of June 2010.

                                                          J. Richard Creatura<br>
                                                          United States Magistrate Judge

ORDER - 1